OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

JAMES T. FOLEY U.S. COURTHOUSE
445 BROADWAY, ROOM 509
ALBANY, NEW YORK 12207
(518) 257-1800

June 13, 2005

Clerk, US District Court
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

    RE: Pharmaceutical Industry Average Wholesale Price Litigation
        MDL Docket # 1456
        NDNY Case # 05-cv-468 TJM/DRH

Dear Clerk:

    Enclosed herewith please find a certified copy of the Conditional Transfer Order and a certified copy of the docket sheet in the above-listed MDL case. As this case is completely electronic under ECF, you can view the original record by clicking on the "CM-ECF Quick Query" link on our intranet site at http://156.121.59.197/.

    Please return the copy of this letter to my attention when you receive this. Thank you.

                              Sincerely,
                              LAWRENCE K. BAERMAN, CLERK

                              By: Britney Norton
                              Deputy Clerk

ban
Enclosures

ACKNOWLEDGMENT:_____  DATE:_____

CLOSED

# U.S. District Court
# Northern District of New York [LIVE - Version 2.4] (Albany)
# CIVIL DOCKET FOR CASE #: 1:05-cv-00468-TJM-DRH

County of Warren v. Abbott Laboratories, Inc. et al
Assigned to: Judge Thomas J. McAvoy
Referred to: Magistrate Judge David R. Homer
Cause: 42:1396 - Tort Negligence

Date Filed: 04/15/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

## Plaintiff

**County of Warren**   represented by   **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540

Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**Immunex Corp.**

**Defendant**

**Andrx Corp.**

**Defendant**

**Astrazeneca Pharmaceuticals L.P.**

**Defendant**

**Aventis Pharmaceuticals, Inc.**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Bayer Corporation**

**Defendant**

**Biogen Idec, Inc.**

**Defendant**

**Biovail Pharmaceuticals, Inc.**

**Defendant**

**Bristol-Meyers Squibb Company**

**Defendant**

**Oncology Therapeutics Network Corp.**

**Defendant**

**Ben Venue Laboratories, Inc.**

**Defendant**

**Boehringer Ingelheim Corp.**

**Defendant**

**Boehringer Ingelheim Pharmaceuticals, Inc.**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Dey, Inc.**

**Defendant**

**Eisai, Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corp.**

**Defendant**

**Gilead Sciences, Inc.**

**Defendant**

**Glaxosmithkline, P.L.C.**

**Defendant**

**SmithKline Beecham Corporation**
*doing business as*
Glaxosmithkline

**Defendant**

**Hoffman-La Roche, Inc.**

**Defendant**

**Roche Laboratories, Inc.**

**Defendant**

**Ivax Corp.**

**Defendant**

**Ivax Pharmaceuticals, Inc.**

**Defendant**

**Janssen Pharmaceutica Products, LP**

**Defendant**

**Johnson & Johnson**

**Defendant**

**McNeil-PPC, Inc.**

**Defendant**

**Ortho Biotech Products LP**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**King Pharmaceuticals, Inc.**

**Defendant**

**Monarch Pharmaceuticals, Inc.**

**Defendant**

**Medimmune, Inc.**

**Defendant**

**Merck & Co., Inc.**

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Novartis Pharmaceuticals Corp.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Greenstone, Ltd.**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Reliant Pharmaceuticals**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Schering Corporation**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250 receipt number ALB000710) filed by County of Warren. (Attachments: # 1 Complaint part 2# 2 complaint part 3# 3 Exhibit(s) A, part 1# 4 Exhibit(s) A, part 2# 5 Exhibit(s) A, part 3# 6 Exhibit(s) A, part 4# 7 Exhibit(s) A, part 5# 8 Errata B# 9 Exhibit(s) C# 10 Exhibit(s) D# 11 Exhibit(s) E# 12 Civil Cover Sheet)(tab) (Entered: 04/18/2005) |
| 04/18/2005 | | Summons Issued as to Purepac Pharmaceutical Co., Amgen, Inc., Immunex Corp., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Dermik Laboratories, Inc., Barr Laboratories, Inc., Bayer Corporation, Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Oncology Therapeutics Network Corp., Ben Venue Laboratories, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., SmithKline Beecham Corporation, Hoffman-La Roche, Inc., Roche Laboratories, Inc., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, McNeil-PPC, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Abbott Laboratories, Inc., King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., Medimmune, Inc., Merck & Co., Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., Novo Nordisk Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Sandoz, Inc., Alcon Laboratories, Inc., Organon |

|  |  |  |
|---|---|---|
|  |  | Pharmaceuticals USA, Inc., Par Pharmaceutical, Inc., Agouron Pharmaceuticals, Inc., Greenstone, Ltd., Pfizer, Inc., Pharmacia Corporation, Purdue Pharma, L.P., Reliant Pharmaceuticals, Sanofi-Synthelabo, Inc., Schering-Plough Corp., Allergan, Inc., Schering Corporation, Warrick Pharmaceuticals Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Alpharma, Inc.. (tab) (Entered: 04/18/2005) |
| 04/18/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 9/13/2005 09:30 AM in Albany before Magistrate Judge David R. Homer. Civil Case Management Plan due by 9/6/2005. (ban) (Entered: 04/19/2005) |
| 05/04/2005 | 3 | NOTICE of Hearing: Initial Conference set for 10/18/2005 09:30 AM in Albany before Magistrate Judge David R. Homer. Civil Case Management Plan due by 10/11/2005. (tab) (Entered: 05/04/2005) |
| 05/13/2005 | 4 | Letter from Aaron Hovan, outside counsel for County of Warren requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/13/2005) |
| 05/16/2005 | 6 | NOTICE of filing of the Conditional Transfer Order (CTO-21) for MDL. Filed in the clerk's office of the Judicial Panel on MDL on 5/12/05. (The 15 day objection period is still in effect) (tab) (Entered: 05/17/2005) |
| 05/17/2005 | 5 | NOTICE Cancelling R16 conference Deadline. Case expected to be transferred to MDL No. 1456. Signed by Chambers of Judge David R. Homer on 5/17/05. (wjg, ) (Entered: 05/17/2005) |
| 05/19/2005 | 7 | NOTICE from Judicial Panel on MDL advising of a Conditional Order of Transfer; Case is statyed until further notice (kcl, ) (Entered: 05/19/2005) |
| 06/06/2005 | 8 | TRANSFER ORDER. Case Transferred to the District of Massachusetts for MDL (re Pharmaceutical industry average wholesale price litigation). Signed by Clerk of Panel Michael J. Beck. (ban) (Entered: 06/10/2005) |

| 06/10/2005 | | Case transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. (ban) (Entered: 06/10/2005) |
| --- | --- | --- |
| 06/10/2005 | 9 | Letter from District of Massachusetts regarding transferring case for MDL. (ban) (Entered: 06/13/2005) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 06/21/2005 15:46:47 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00468-TJM-DRH |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 10 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

June 8, 2005

Mr. Larry Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

IN RE: MDL DOCKET No. 1456   In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action Nos:

| Case | District of MA No |
|---|---|
| 1:05-408 County of Washington v. Abbott Labs, Inc. et al | District of MA No: 1:05-11180 |
| 1:05-422 County of Rensselaer v. Abbot Labs, Inc. et al | District of MA No: 1:05-11181 |
| 1:05-425 County of Albany v. Abbott Labs, Inc. et al | District of MA No: 1:05-11182 |
| 1:05-468 County of Warren v. Abbott Labs, Inc. et al | District of MA No: 1:05-11183 |
| 1:05-474 County of Greene v. Abbott Labs, Inc. et al | District of MA No: 1:05-11184 |
| 1:05-478 County of Saratoga v. Abbott Labs, Inc. et al | District of MA No: 1:05-11185 |

Dear Mr. Baerman :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1456

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

(SEE ATTACHED SCHEDULE)

*CONDITIONAL TRANSFER ORDER (CTO-21)*

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>MAY 3 1 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>Michael J. Beck<br>Clerk of the Panel |
|---|---|

Case 1:05-cv-11183-PBS    Document 9-3    Filed 06/15/2005    Page 3 of 3

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK NORTHERN** | |
| NYN 1  05-408 | The County of Washington v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-422 | County of Rensselaer v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-425 | County of Albany v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-468 | County of Warren v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-474 | County of Greene v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-478 | County of Saratoga v. Abbott Laboratories, Inc., et al. |
| NYN 3  05-354 | County of Chenango v. Abbott Laboratories, Inc., et al. |
| NYN 3  05-456 | The County of Broome v. Abbott Laboratories, Inc., et al. |
| NYN 5  05-397 | County of Tompkins v. Abbott Laboratories, Inc., et al. |
| NYN 5  05-423 | County of Cayuga v. Abbott Laboratories, Inc., et al. |
| NYN 6  05-415 | County of Herkimer, New York v. Abbott Laboratories, Inc., et al. |
| NYN 6  05-489 | County of Oneida v. Abbott Laboratories, Inc., et al. |
| NYN 7  05-479 | County of Saint Lawrence v. Abbott Laboratories, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 1  05-214 | County of Chautauqua v. Abbott of Laboratories, Inc., et al. |
| NYW 1  05-236 | County of Allegany v. Abbott Laboratories, Inc., et al. |
| NYW 1  05-256 | County of Cattaraugus v. Abbott Laboratories, Inc., et al. |
| ~~NYW 1  05-259~~ | ~~County of Erie v. Abbott Laboratories, Inc., et al.~~ Opposed 5/24/05 |
| NYW 6  05-6138 | County of Wayne v. Abbott Laboratories, et al. |
| NYW 6  05-6148 | County of Monroe v. Abbott Laboratories, Inc., et al. |
| NYW 6  05-6172 | County of Yates v. Abbott Laboratories, Inc., et al. |